# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

In the Matter of the Search of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*
Silver Microsoft Tablet
2025250600002001-0008

("Target Device 3")

)
)
)
)
)
)
)

Case No. **24-mj-4816**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3, incorporated herein by reference.

located in the _____ Southern _____ District of _____ California _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC Sec. 952 and 960 | Importation of a Controlled Substance |
| 21 USC Sec. 963 | Conspiracy to Import |

The application is based on these facts:

See Attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CAMERON S SCHEUREN        Digitally signed by CAMERON S SCHEUREN
                         Date: 2024.12.20 14:56:08 -08'00'

_____
*Applicant's signature*

Cameron Scheuren, HSI Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means)*.

Date: December 20, 2024

_____
*Judge's signature*

City and state: San Diego, California

Hon. Steve B. Chu, United States Magistrate Judge
_____
*Printed name and title*

# ATTACHMENT A-3

PROPERTY TO BE SEARCHED

The following property is to be searched:

> Silver Microsoft Tablet
> Seizure No. 2025250600002001-0008
> (**"Target Device** 3")

**Target Device 3** is currently in the possession of Homeland Security Investigations, located at 880 Front Street, Suite 3200, San Diego, California 92101 .

# ATTACHMENT B
ITEMS TO BE SEIZED

Authorization to search the cellular telephones described in Attachment A-3 includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the cellular telephones for evidence described below.  The seizure and search of the cellular telephone shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the cellular telephone will be electronic records, communications, and data such as emails, text messages, chats and chat logs from various third-party applications, photographs, audio files, videos, and location data, for the period of September 25, 2024 up to and including October 9, 2024:

a.     tending to indicate efforts to import controlled substances from Mexico into the United States;

b.     tending to identify accounts, facilities, storage devices, and/or services—such as email addresses, IP addresses, and phone numbers—used to facilitate the importation of controlled substances from Mexico into the United States;

c.     tending to identify co-conspirators, criminal associates, or others involved in importation of heroin and methamphetamine, or some other federally controlled substance, from Mexico into the United States;

d.     tending to identify travel to or presence at locations involved in the importation of controlled substances from Mexico into the United States, such as stash houses, load houses, or delivery points;

e.     tending to identify the user of, or persons with control over or access to, the **Target Devices**; and/or

f.     tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

which are evidence of violations of Title 21, United States Code, Sections 952, 960 and 963.

1

**ADDENDUM TO AFFIDAVIT**

2

I, Special Agent Cameron Scheuren, being duly sworn, hereby state as follows:

3

**INTRODUCTION**

4

1.    I have been employed as a Special Agent with Homeland Security

5

Investigations (HSI) since February of 2024.

6

2.    On or about October 10, 2024, I applied for and obtained a warrant to search

7

the following electronic devices (Collectively, the "**Target Devices**"):

8

9

Samsung Cellphone
Seizure No. 2025250600002001-0006

10

("**Target Device** 1") ("**A-1**")

11

Purple iPhone

12

Seizure No. 2025250400018401-0007

13

("**Target Device** 2") ("**A-2**")

14

Silver Microsoft Tablet
Seizure No. 2025250600002001-0008

15

("**Target Device** 3") ("**A-3**")

16

17

and seize evidence of crimes, specifically, violations of Title 21, United States Code,

18

Sections 952, 960, and 963. A copy of the application package in support of the search

19

warrant, *i.e.*, No. 24MJ03886 (A-1); 24MJ03887 (A-2); and 24MJ03888 (A-3). which I

20

signed and swore to before U.S. Magistrate Judge Daniel E. Butcher, is attached hereto as

21

Exhibit A and incorporated by reference (hereafter, the original application package).

22

**Target Device 1** and **Target Device 3** are currently in the custody of Homeland Security

23

Investigations located at 880 Front Street, Suite 3200, San Diego, California 92101 and

24

**Target Device 2** is currently in the custody of Homeland Security Investigations

25

located at 2055 Sanyo Avenue, Suite 120, San Diego, California 92154.

26

27

3.    Each of the above warrants required that I execute them by October 24, 2024.

28

Due to a misunderstanding of the warrant execution timeframe, I missed the October 24,
2024 deadline. Therefore, I applied for a second set of warrants for A-1, A-2, and A-3,

1    which were signed and swore before U.S. Magistrate Judge Steve B. Chu on or about

2    December 17, 2024.

3        4.    Upon reviewing the second warrants, I realized that I inadvertently failed to

4    notify the Court of the earlier-obtained warrants, dated on or about October 24, 2024. In

5    an abundance of caution, the investigating agency has not sought to search and seize any

6    data subject to the newly obtained warrants. Instead, the investigating agency hereby

7    requests that the Court reissue new warrants for the Target Devices based on this now

8    disclosed information.

9        5.    As stated above, this application incorporates the original application

10    package, dated October 10, 2024, *see* Ex A, and the refreshed application package, dated

11    December 17, 2024, *see* Ex B.

**FACTS SUPPORTING PROBABLE CAUSE**

13        6.    The facts below have are exactly the same as those in the December 17, 2024

14    warrant package, but have been copied in Paragraphs 7 to 16 below.

15        7.    On October 9, 2024, at approximately 10:30 AM, Eddy Yulberto GARCIA

16    Macal, ("GARCIA"), a Lawful Permanent Resident, applied for entry into the United States

17    from Mexico through the Otay Mesa POE in vehicle lane #6.  GARCIA was the driver,

18    sole occupant, and registered owner of a 2006 Jeep Liberty ("the vehicle") bearing

19    California license plates.

20        8.    A Canine Enforcement Team was conducting pre-primary operations when

21    the Human and Narcotic Detection Dog alerted to the gas tank of the vehicle.

22        9.    A Customs and Border Protection Officer received two negative Customs

23    declarations from GARCIA. GARCIA stated he was crossing the border to go to San

24    Diego, California. GARCIA was sent to secondary due to the Human and Narcotic

25    Detection Dog alert. The vehicle was referred for further inspection.

26        10.    A CBPO operating the Z-Portal X-Ray machine detected anomalies in the gas

27    tank and rear (passenger side) quarter panel of the vehicle.

28

11.    Further inspection of the vehicle resulted in the discovery of 30 total packages concealed in the right rear quarter panel and gas tank of the vehicle.  4 of  the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 4.82 kgs (10.63 lbs.); 26 of  the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 20.06 kgs (45.41 lbs.).

12.    GARCIA was placed under arrest at approximately 1:41 PM.

13.    GARCIA was charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

14.    The **Target Devices** were found and seized by a Customs and Border Protection Officer (CBPO) who was tasked to perform a secondary inspection of the Vehicle and inventory all the property seized from the Defendant and his Vehicle. **Target Device 1** was found on the passenger seat of the vehicle by the CBPO. **Target Device 2** was found in the pocket of jacket located by the CBPO on the passenger side seat. **Target Device 3** was found by the CBPO in the vehicle on the floor behind the driver side seat.

15.    Based upon my experience and training, consultation with other law enforcement officers experienced in narcotics trafficking investigations, and all the facts and opinions set forth in this affidavit, I believe that telephone numbers, contact names, electronic mail (email) addresses, appointment dates, messages, pictures, and other digital information are stored in the memory of the **Target Devices**.  In light of the above facts and my experience and training, there is probable cause to believe that the Defendant was using the **Target Devices** to communicate with others to further the importation of illicit narcotics into the United States.  Further, in my training and experience, narcotics traffickers may be involved in the planning and coordination of a drug smuggling event in the days and weeks prior to an event. Co-conspirators are also often unaware of a defendant's arrest and will continue to attempt to communicate with a defendant after their arrest to determine the whereabouts of the narcotics.

16.     Based upon my training and experience, it is also not unusual for individuals, such as the Defendant, to attempt to minimize the amount of time they were involved in their smuggling activities, and for the individuals to be involved for weeks and months longer than they claim. Accordingly, I request permission to search the **Target Devices** for data beginning on September 25, 2024 up to and including October 9, 2024.

## PRIOR ATTEMPTS TO OBTAIN THIS EVIDENCE

17.     Prior attempts to obtain this evidence have been stated above in Paragraphs 3 to 4.

## CONCLUSION

18.     Based on the facts and information set forth above and in the previous application packages, I submit there is probable cause to believe that a search of the **Target Devices** will yield evidence of violations of Title 21, United States Code, Sections 952, 960, and 963. Accordingly, I request that the Court issue a warrant authorizing law enforcement to search the item described in Attachment A-1, A-2, and A-3, and seize the items listed in Attachment B using the above-described methodology.

I swear the foregoing is true and correct to the best of my knowledge and belief.

CAMERON S SCHEUREN
Digitally signed by CAMERON S SCHEUREN
Date: 2024.12.20 14:56:40 -08'00'

Special Agent Cameron Scheuren
Office of Inspector General
Department of Homeland Security

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th day of December, 2024

Honorable Steve B. Chu
United States Magistrate Judge

4

# ATTACHMENT A-3

PROPERTY TO BE SEARCHED

The following property is to be searched:

> Silver Microsoft Tablet
> Seizure No. 2025250600002001-0008
> (**"Target Device** 3")

**Target Device 3** is currently in the possession of Homeland Security Investigations, located at 880 Front Street, Suite 3200, San Diego, California 92101 .

# ATTACHMENT B
## ITEMS TO BE SEIZED

Authorization to search the cellular telephones described in Attachment A-3 includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the cellular telephones for evidence described below. The seizure and search of the cellular telephone shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the cellular telephone will be electronic records, communications, and data such as emails, text messages, chats and chat logs from various third-party applications, photographs, audio files, videos, and location data, for the period of September 25, 2024 up to and including October 9, 2024:

a.    tending to indicate efforts to import controlled substances from Mexico into the United States;

b.    tending to identify accounts, facilities, storage devices, and/or services—such as email addresses, IP addresses, and phone numbers—used to facilitate the importation of controlled substances from Mexico into the United States;

c.    tending to identify co-conspirators, criminal associates, or others involved in importation of heroin and methamphetamine, or some other federally controlled substance, from Mexico into the United States;

d.    tending to identify travel to or presence at locations involved in the importation of controlled substances from Mexico into the United States, such as stash houses, load houses, or delivery points;

e.    tending to identify the user of, or persons with control over or access to, the **Target Devices**; and/or

f.    tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved in the activities described above;

which are evidence of violations of Title 21, United States Code, Sections 952, 960 and 963.